No. 92–1009. GREATER ANCHORAGE, INC. *v.* NOWELL. C. A. 9th Cir. Certiorari denied.

No. 92–1010. DEATON *v.* UNITED STATES DEPARTMENT OF AGRICULTURE. C. A. Fed. Cir. Certiorari denied.

No. 92–1011. WINTER *v.* UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 92–1023. MORTON *v.* SOUTHERN UNION CO. C. A. 5th Cir. Certiorari denied.

No. 92–1024. SEXTON ET AL. *v.* VAUGHN ET AL. C. A. 8th Cir. Certiorari denied.

No. 92–1025. TORRES *v.* ASARCO, INC. C. A. 5th Cir. Certiorari denied.

No. 92–1026. CITY OF LONG BEACH ET AL. *v.* GEORGE. C. A. 9th Cir. Certiorari denied.

No. 92–1027. TURNER ET UX. *v.* OCEAN NYMPH SHIPPING CO., LTD., ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1028. MCLAREN *v.* IMPERIAL CASUALTY & INDEMNITY CO. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–1029. SKURNICK *v.* AINSWORTH. C. A. 11th Cir. Certiorari denied.

No. 92–1030. DIAZ-FLORES *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 5th Cir. Certiorari denied.

No. 92–1031. MCKNIGHT *v.* GENERAL MOTORS CORP. C. A. 7th Cir. Certiorari denied.

No. 92–1032. BENASA REALTY CO., T/A WILD ACRES, ET AL. *v.* MOONEY ET AL. C. A. 3d Cir. Certiorari denied.

No. 92–1034. SEMINOLE ELECTRIC COOPERATIVE, INC. *v.* FLORIDA DEPARTMENT OF REVENUE ET AL. Dist. Ct. App. Fla., 2d Dist. Certiorari denied.